# PELTON GRAHAM LLC

ADVOCATES FOR JUSTICE

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

August 19, 2021

**VIA ECF**

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

      **Re:** *Manuel Naula v. West Kabul Kabab Restaurant & Catering, Inc.*
            No. 21-cv-00458 (PK)

Dear Judge Kuo:

    This office represents the plaintiffs in the above-referenced action. We write, on behalf of all parties, to supplement Plaintiffs's Motion for Approval of FLSA Settlement (Dkt. No. 8) with a copy of the parties' fully-executed Settlement Agreement. The version of the Settlement Agreement submitted with the Motion on August 18, 2021 (*see* Dkt. No. 8-2 (Ex. A)) had not been executed by Defendants West Kabul Kabab Restaurant & Catering and Abdul Mosaver, but the enclosed version is now fully executed by all parties for Your Honor's review and approval.

    We appreciate Your Honor's attention to this matter.

                                      Respectfully submitted,

                                      */s/ Brent E. Pelton*

                                      Brent E. Pelton, Esq. of
                                      PELTON GRAHAM LLC

Enclosure

cc:    all counsel (via ECF)

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com